**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| George Medina,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Judy Friego, et al.,<br><br>　　　　Respondents. | No. CV 05-2514-PHX-JAT<br><br>**ORDER** |

　　　　Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus ("Petition") (Doc. #1). The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #23) recommending that the Petition be denied.

　　　　Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

　　　　Accordingly,

　　　　**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #23) is **ACCEPTED**;

1  **IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus
2  (Doc. #1) is **DENIED**; and
3  **IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**
4  and the Clerk of the Court shall enter judgment accordingly.
5  DATED this 25th day of May, 2007.

*[signature]*
James A. Teilborg
United States District Judge